Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Quality Fresh Farms, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-0974220** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6569 N. Riverside Drive, Unit 102-301**<br>**Fresno, CA 93722**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fresno**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **http://qualityfreshfarms.net** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Quality Fresh Farms, Inc.**         Case number (*if known*) _____
Name

---

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     4245

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor      **Quality Fresh Farms, Inc.**                              Case number (*if known*) _____
                    Name

**11. Why is the case filed in**          *Check all that apply:*
    **this district?**
                                          ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                              preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                          ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**            ■ **No**
    **have possession of any**            ☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**                     **Why does the property need immediate attention?** (*Check all that apply.*)

                                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                     What is the hazard? _____

                                                  ☐ It needs to be physically secured or protected from the weather.

                                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                                  ☐ Other _____

                                              **Where is the property?** _____
                                                                         Number, Street, City, State & ZIP Code

                                              **Is the property insured?**

                                              ☐ No

                                              ☐ Yes.    Insurance agency    _____
                                                        Contact name        _____
                                                        Phone               _____

▬▬  **Statistical and administrative information**

**13. Debtor's estimation of**            *Check one:*
    **available funds**
                                          ☐ Funds will be available for distribution to unsecured creditors.

                                          ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**     ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
    **creditors**               ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                ■ 200-999

**15. Estimated Assets**        ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000      ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Quality Fresh Farms, Inc.**                                    Case number (*if known*) _____
          Name

▆▆▆   **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/03/2019
              MM / DD / YYYY

X _____              **Gurdeep S. Billan**
   Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**   X _____              Date _____
                                   Signature of attorney for debtor                    MM / DD / YYYY

**Riley C. Walter 91839**
Printed name

**Walter Wilhem Law Group**
Firm name

**A Professional Corporation**
**205 E. River Park Circle, Ste. 410**
**Fresno, CA 93720-1563**
Number, Street, City, State & ZIP Code

Contact phone   **(559) 435-9800**        Email address   **rileywalter@w2lg.com**

**91839 CA**
Bar number and State

## CERTIFICATE OF CORPORATE RESOLUTION
## AUTHORIZING COMMENCEMENT OF CHAPTER 7 CASE

I, Gurdeep S. Billan, the undersigned, CEO of Quality Fresh Farms, Inc. hereby certify and declare under penalty of perjury that the following is a true and correct excerpt from the official records of said corporation, truly and correctly reflecting the matters transacted by the said corporation at a special meeting duly called and held on January 3, 2019.

"WHEREAS, from the information presented it appears that the corporation is no longer able to pay or meet its debts and obligations as they become due, that the corporation qualifies as a debtor under Chapter 7 of the United States Bankruptcy Code, and that it is in the best interest of the corporation to file a petition under Chapter 7; therefore;

IT WAS UNANIMOUSLY RESOLVED, that the corporation should file a petition under Chapter 7 of the United States Bankruptcy Code.

IT WAS FURTHER RESOLVED that Walter Wilhelm Law Group be retained to represent the corporation on all matters related to the Chapter 7 case, including the filing of the petition and initial pleadings.

IT WAS FURTHER RESOLVED that Gurdeep S. Billan, CEO, be authorized and directed to execute any and all petitions, statements, schedules, plans, and other necessary documents in the Chapter 7 case on behalf of the corporation.

The foregoing matters transacted and approved on behalf of the corporation at a special meeting duly called and held on the 3rd day of January, 2019."

Certified this 3rd day of January, 2019, by

Gurdeep S. Billan, CEO
Quality Fresh Farms, Inc.

00202521-JT-01.02.2019

Fill in this information to identify the case:

Debtor name     **Quality Fresh Farms, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................    $        1,060,500.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................    $          423,533.78

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................    $        1,484,033.78

---

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................    $      10,265,022.01

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $           37,069.41

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      15,035,850.70

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                                                                                $      25,337,942.12

Fill in this information to identify the case:

Debtor name  **Quality Fresh Farms, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Premier Valley Bank** | **Checking** | *749 | $20,000.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$20,000.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**  See attached

| 11a. 90 days old or less: | **46,438.56** | - | **0.00** | = .... | $46,438.56 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

**QUALITY FRESH FARMS INC.**
**Accounts Receivable Aging Report**
**As of 12/10/2018**

| Customer | Balance | 0 - 7 | 8 - 14 | 15 - 21 | 22 - 28 | > 29 |
|---|---|---|---|---|---|---|
| COSTCO WHOLESALE | $ 33,743.49 | $    - | $    - | $    - | $    - | $ 33,743.49 |
| STAR PRODUCE LP | $ 4,358.00 | $    - | $    - | $    - | $    - | $ 4,358.00 |
| WALMART | $ 8,337.07 | $    - | $    - | $    - | $    - | $ 8,337.07 |
| TOTAL | $46,438.56 | $    - | $    - | $    - | $    - | $46,438.56 |

| Debtor | **Quality Fresh Farms, Inc.** | Case number *(If known)* | _____ |
|--------|-------------------------------|--------------------------|---------------------|
|        | Name                          |                          |                     |

**12.**   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                              | $46,438.56 |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **19.**   Raw materials | | | | |
| **20.**   Work in progress | | | | |
| **21.**   Finished goods, including goods held for resale | | | | |
| **22.**   Other inventory or supplies **Packing material inventory** Stored at shed located at 9075 S. Colusa Ave., San Joaquin, CA 93660 | See attached | | | $260,703.76 |

**23.**   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                                                 | $260,703.76 |

**24.**   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

**QUALITY FRESH FARMS INC.**
**Asset List - 9075 S Colusa Ave., San Joaquin, CA**
**As of 11/30/2018**

| Description | Qty | Price | | Amount | | Remarks |
|---|---|---|---|---|---|---|
| 24 006 Kraft WA 57 1/2 X 49 | 21,668 | $ | 10.02 | $ | 217,113.36 | |
| Quality Fresh Farms White Bin | 1,040 | $ | 12.20 | $ | 12,688.00 | |
| Watermelon Pad | 3,720 | $ | 0.24 | $ | 892.80 | |
| Bin Lid W/Vent Holes Kraft | 9,600 | $ | 1.72 | $ | 16,512.00 | |
| 25" Bin Inner | 1,920 | $ | 7.03 | $ | 13,497.60 | |
| **Materials Total** | **37,948** | **$** | **6.87** | **$** | **260,703.76** | |
| Pack Line Machinery (Leased to own) | | | | $ | 1,064,231.00 | See attached list for detail |
| Office Furniture | | | | $ | 1,000.00 | |

## SCHEDULE A

LEASE NO.: HGF034818

LESSEE:     QUALITY FRESH FARMS INC.

LESSOR:     LEASING INNOVATIONS, NCORPORATED

## QTY    DESCRIPTION

### Watermelon Packing Line

(1)     Full Bin Set-On Conveyor:
        33" c.c. x 60'-0" L, 2100 Transport Chain, 7.5 HP Drive, 10" x 10 ga.
        Structural Side Channel, Full Length Back Stop x 68"H, Adjustable
        Supports

(1)     Full Bin Conveyor thru Bin De-Stacker
        33" c.c. x 12'-0" L, 2100 Transport Chain, 3 HP Motor, 10" x 10 ga.
        Structural Side Channel, Adjustable Supports

(1)     Full Bin De-Stacker
        Heavy Duty 4" Square Tubing Frame, Switches to ensure proper fork
        extension, 5 HP hydraulic Drive unit, Adjustable leg supports

(1)     Full Bin Conveyor after Stacker
        33" c.c. x 14'-6" L, 2100 Transport Chain, 2 HP Motor, 10" x 10 ga.
        Structural Side Channel, Adjustable Supports

(2)     Bin Dumps
        4" Square Tube Heavy Duty Main Frame, 3" Square Tube Cradle Frame,
        3" Dia. Main Pivot Shaft' Pneumatically Actuated Top Door, Delivery
        Curtain, Pneumatic Bin Bumpers  7.5 HP Hydraulic Drives, 135 degree bin
        rotation

(1)     Full Bin Conveyor thru Bin Dumps
        22" c.c. x 20'-0" L, 2060 Transport Chain, 2 HP Motor, 10" x 10 ga.
        Structural Side Channel, Adjustable Supports

(1)     Empty Bin Conveyor to Bin Stacker
        33"c.c. x 13'-0" L, 2060 Transport Chain, 1 HP Motor, 10" x 10 ga.
        Structural Side Channel, Adjustable Supports

(1)     Empty Bin Stacker
        3" Square Tubing Frme, 3 HP Hydraulic Power Unit, Hinged/Gravity Dogs,
        Adjustable Supports

(1)     Empty Bin Conveyor thru Bin Stacker
        22"c.c. x 8'-6" L, 2060 Transport Chain, 1 HP Motor, 10" x 10 ga.
        Structural Side Channel, Adjustable Supports

(1)     Empty Bin Conveyor after Bin Stacker
        22"c.c. x 8'-0" L, 2060 Transport Chain, 1 HP Motor, 10" x 10 ga.
        Structural Side Channel, Adjustable Supports

(1)     Gravity Roll Set – Off Conveyor
        42" x 25'-0" L, Bin Guides on both sides x 68"H, 2.5" Dia. Rolls on 6"
        centers, adjustable supports

## SCHEDULE A

**LEASE NO.:** HGF034818

**LESSEE:**    QUALITY FRESH FARMS INC.

**LESSOR:**    LEASING INNOVATIONS, INCORPORATED

**QTY    DESCRIPTION**

(1)    Bin Dump Line Automation
       Motor Control Panel, Programming, Pipe & Wire required to automate Bin
       Dump Line, Software Programming, 10" HMI User Interface

(2)    Metering Flow Conveyors
       54" x 5'-0" L, 10 ga x 9" siderail, 1 HP Motor, Blue, PVC 120 Belting, Flow
       Sensors, Stainless Steel x 14 GA Siderail caps, geared for 40' per min.

(2)    Metering Flow Conveyors
       54" x 8'-0" L, 10 ga x 9" siderail, 2 HP Servo Motors, Blue, PVC 120
       Belting, Adjustable Supports, Stainless Steel x 14 GA Siderail caps
       conveyor

(1)    Roller Sorting Conveyor
       48" x 11'-0"L, Rolls on 6" centers  1.5HP Motor, Adjustable Supports,
       Stainless Steel x 14 ga. Siderail caps

(1)    Roller Sorting Conveyor
       48" x 17'-0"L, Rolls on 6" centers  2 HP Motor, Adjustable Supports,
       Stainless Steel x 14 ga. Siderail caps

(2)    Hipped  - Cull Distribution Decline Conveyor
       42" x 8'-0" L, 9" x 10 ga siderail, 1 HP Motor, Cleated Belting with 2" cleats
       on 12" centers, adjustable supports, stainless steel x 14 ga siderail caps

(1)    Cull Product Distribution Conveyor
       24" x 17'3" L, 9" x 10 ga siderail, 1 HP motor, 120 Blue PVC Belting,
       Adjustable Supports, Stainless Steel x 14 ga Siderail Caps

(2)    Dry Brush with Top Articulating Brushes
       60" W x 15'-0"L, (2) each 2 HP Motors, 4.38" Dia. Brushes on 5" centers,
       (4) articulating overhead brushes

(1)    Melon Orientation Conveyor to Accu Vision
       21" x 13'-6"L, 9" x 10 ga siderail, 1 HP Motor, 120 Blue PVC Belting,
       Adjustable Supports, Stainless Steel x 14 ga siderail caps, compressed
       air shocks, angles back shelf

(1)    Melon Orientation Conveyor to Accu Vision
       21" x 11'-6"L, 9" x 10 ga siderail, 1 HP Motor, 120 Blue PVC Belting,
       Adjustable Supports, Stainless Steel x 14 ga siderail caps, compressed
       air shocks, angles back shelf

(2)    V-Belt Singulator – Accu Vision Infeed
       1 land x 7'-0" L, Gap between belts widens at delivery point, 1 HP Motor,
       Stainless Steel Contact Points

## SCHEDULE A

**LEASE NO.:** HGF034818

**LESSEE:** QUALITY FRESH FARMS INC.

**LESSOR:** LEASING INNOVATIONS, INCORPORATED

**QTY**    **DESCRIPTION**

(1)    Accu Vision Melon Sorter Model 1109
(1) Active Lane, (1) Lane Frame, (9) Drop Points; (1) OTE – Over the End Drop; Accu Visions exclusive Sorting technology; high output, true color / IR LED Lighting; Quite, Wear resistant cable transport system; ability to sort melons by dimension, shape; capacity of 65,000 lbs. per hour; (10 each) 4'-8" x 6'-3" L packing tables

(1)    Accu Vision Transport System Model 1109
(1) Active Lane, (1) Lane Frame, (9) Drop Points; (1) OTE – Over the End Drop; Accu Visions exclusive Sorting technology; high output, true color / IR LED Lighting; Quite, Wear resistant cable transport system; ability to sort melons by dimension, shape; capacity of 65,000 lbs. per hour; (10 each) 4'-8" x 6'-3" L packing tables

(1)    Motor Control Panel
Electrical for Items 15 – 23A, 18 & 21 – 25 – A; C. (3 each) standard starters for items 19 & 20 motors

(1)    Platform, Stairs, & Catwalk
All Platform; All Catwalks; All Stairs; 2" Square Tubing; 1.25" Square Handrail; 1/8" Diamond Plate Floor and Stairs; 4: Kick Boards; 3" Square Tubing for Platform Frame

**(SEE ATTACHED APPLICABLE SERIAL NUMBERS)**

| LESSOR: | LESSEE: |
|---|---|
| LEASING INNOVATIONS, INCORPORATED | QUALITY FRESH FARMS INC. |
| BY: | BY: |
| TITLE: President | TITLE: President |
| DATE: April 5, 2018 | DATE: 3-23-2018 |

Debtor    **Quality Fresh Farms, Inc.**                    Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software See attached Some stored at 9075 S. Colusa Ave., San Joaquin, CA 93660, the rest located at 5088 N. Fruit Ave., Fresno CA 93711** | | | $96,391.46 |
| | **Toshiba Studio 3505AC - Leased (No value) Located at 5088 N. Fruit Ave., Fresno CA 93711** | | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $96,391.46 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Watermelon Packing line (leased) Located at 9075 S. Colusa Ave., San Joaquin, CA 93660** | | | $0.00 |

**QUALITY FRESH FARMS INC.**
**Office Equipment List**
**As of 10/31/2018**

| Office Equipment Description | Manufacturer | Model # | Units | Current Market Value |
|---|---|---|---|---|
| Computer - all in one | HP | Pavilion 23 | 7 | $ 2,100.00 |
| Desktop Monitor | Asus | | 1 | $ 50.00 |
| Desktop Monitor | Acer | | 1 | $ 50.00 |
| Desktop Monitor 17" SyncMaster | Samsung | S22C350 | 1 | $ 75.00 |
| Desktop Monitor 17" SyncMaster | Samsung | S20B300 | 1 | $ 75.00 |
| Desktop Monitor 27" EliteDisplay S270C | HP | S270C | 4 | $ 1,400.00 |
| Desktop Monitor 27xi 27" | HP | 27xi | 1 | $ 150.00 |
| Desktop Monitor Wide Screen | HP | L2401 | 5 | $ 780.00 |
| Desktop Monitor X2401 24" | HP | X2401 | 1 | $ 175.00 |
| HP 15.6-Inch Laptop A6-5200 | HP | 15-F305DX | 1 | $ 200.00 |
| Laptop - Surface Book | Microsoft | | 1 | $ 1,100.00 |
| Laptop | HP | Pavilion | 2 | $ 600.00 |
| Copier / Printer | Toshiba | Studio 506 | 1 | $ 800.00 |
| O'Neil Pallet Tag Printer | Datamax | M4210 Mark II | 1 | $ 834.00 |
| O'Neil Pallet Tag Printer | Datamax | M4210 Mark II | 1 | $ 834.00 |
| Pallet Tag Printer | Datamax | | 1 | $ 500.00 |
| Printer | Brother | | 1 | $ 75.00 |
| Printer - Photosmart | HP | 6520 | 1 | $ 50.00 |
| Printer - Laser Jet Pro | HP | MFP M125nw | 1 | $ 75.00 |
| Server - Proliant DC 310e Gen 8 | HP | Proliant DC 320e | 1 | $ 1,500.00 |
| Server - Proliant DC 320e Gen 8 | HP | Proliant DC 320e | 1 | $ 2,400.00 |
| Server - Proliant DC 380 Gen 9 | HP | Proliant DC 320e | 1 | $ 24,000.00 |
| Famous Software | Famous | | 1 | $ 55,168.46 |
| | | | | |
| Server Rack | Tripp Lite | | 1 | $ 400.00 |
| Air Conditioner Duckless | | | 1 | $ 3,000.00 |
| **TOTAL** | | | | **$ 96,391.46** |

Debtor    **Quality Fresh Farms, Inc.**         Case number *(If known)* _____
Name

**51.**    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Property located at 5088 N Fruit Ave., # 101, Fresno, CA 93711 (APN #417-291-12)** | In default | | | $1,060,500.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $1,060,500.00 |
|---|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**60.**    **Patents, copyrights, trademarks, and trade secrets**

**61.**    **Internet domain names and websites**

**62.**    **Licenses, franchises, and royalties**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Quality Fresh Farms, Inc.**                          Case number *(If known)* _____
          Name

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**
       **Registered Trademark**                                  **$0.00**                          **Unknown**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    | **$0.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor     **Quality Fresh Farms, Inc.**     Case number *(If known)* _____
             Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $20,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $46,438.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $260,703.76 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $96,391.46 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $1,060,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $423,533.78 | + 91b. $1,060,500.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,484,033.78 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __**Quality Fresh Farms, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:       List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Bibby Finnancial Services, Inc.** | | $0.00 |
|---|---|---|---|

Creditor's Name

**3027 Townsgate Road, Suite 140 Westlake Village, CA 91361**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**blanket security lien**

**Describe the lien**
**UCC-1 filed on 3/13/2013**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 | **Corporation Service Company,** | | $750,000.00 |
|---|---|---|---|

Creditor's Name

**as Representative for Liftforward PO Box 2576 Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC-1 blanket security lien Representative for Liftforward. Additionally secured by real property owned by Gurdeep Billan.**

**Describe the lien**
**UCC-1 filed on 3/30/2018**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 11

Debtor    **Quality Fresh Farms, Inc.**                          Case number (if know) _____
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3**  **Corporation Service Company,**
        Creditor's Name

**as Representative**
**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien          **Unknown**
**UCC-1 blanket security lien**


Describe the lien
**UCC-1 filed on 2/13/2014**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4**  **DEGROOT LOGISTICS**
        Creditor's Name

**2501 S WILDART N RD**
**MONROE, IL 60954**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien          **$58,385.82**
**All property subject to enforcement of a money judgement lien**


Describe the lien
**Judgment lien**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.5**  **Fresno County Tax Collector**
        Creditor's Name

**P.O. Box 1247**
**Fresno, CA 93715**
Creditor's mailing address

Describe debtor's property that is subject to a lien          **$2,453.60**
**Property taxes owed for parcel # 417-291-12**


Describe the lien
**Real Property Taxes**

---

Debtor  **Quality Fresh Farms, Inc.**          Case number (if know) _____

Name

| | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Fresno First Bank** | Describe debtor's property that is subject to a lien | $501,588.84 |
|---|---|---|---|

Creditor's Name

**7690 N. Palm Ave., Suite 101**
**Fresno, CA 93711**

Creditor's mailing address

**All inventory, accounts, and equipment - subordinated to Fresno-Madera Production loans**

**Describe the lien**
**UCC-1 filed on 1/27/2015**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Fresno-Madera Production** | Describe debtor's property that is subject to a lien | $494,380.00 |
|---|---|---|---|

Creditor's Name

**Credit Association**
**PO Box 13069**
**Fresno, CA 93794**

Creditor's mailing address

**Promissory note secured by lien on personal property**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**4/23/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4001**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Debtor **Quality Fresh Farms, Inc.**                     Case number (if know) _____
          Name

| 2.8 | **Fresno-Madera Production** | Describe debtor's property that is subject to a lien | **$2,296,608.68** |

**Fresno-Madera Production**
Creditor's Name

**Credit Association**
**PO Box 13069**
**Fresno, CA 93794**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Promissory note secured by first lien on personal property (Master loan agreement for crop financing)**

Creditor's email address, if known

Describe the lien
**UCC-1 filed on 2/15/2018**

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**0001**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Global Merchant Cash, Inc.** | Describe debtor's property that is subject to a lien | **$406,437.50** |

**Global Merchant Cash, Inc.**
Creditor's Name

**64 Beaver Street, Suite 415**
**New York, NY 10004**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**blanket security lien**

Creditor's email address, if known

Describe the lien
**UCC-1 filed on 4/9/2018**

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
**3/14/2018**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Kabbage Recovery Department** | Describe debtor's property that is subject to a lien | **$18,000.00** |

**Kabbage Recovery Department**
Creditor's Name

**730 Peachtree Street**
**Atlanta, GA 30308**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Security interest in all business assets**

Creditor's email address, if known

Describe the lien
**UCC -1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 4 of 11

Debtor    **Quality Fresh Farms, Inc.**          Case number (if know) _____
          Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1** | **Knight Capital Funding**
Creditor's Name

**9 E. Loockerman Street, Suite 3A-543 Dover, DE 19901**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**                    **$0.00**
Per Gurdeep Billan, balance is $0.
All receivables, deposit accounts, and
inventory

**Describe the lien**
UCC-1s filed on 5/4/2016; 1/31/2015
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2** | **Leasing Innvations, Inc.**
Creditor's Name

**15 Court Square, Suite 520 Boston, MA 02108**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**4/27/2018**
**Last 4 digits of account number**
**4818**

**Describe debtor's property that is subject to a lien**          **$915,417.95**
All equipment listed under lease no.
HGF034818 and proceeds from equipment.
Packing line located at 9075 S. Colusa Ave.,
San Joaquin, CA 93660

**Describe the lien**
UCC-1s filed on 3/30/2018; 3/28/2018
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3** | **Liftforward, Inc.**

**Describe debtor's property that is subject to a lien**          **$974,363.38**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 11

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Quality Fresh Farms, Inc.**                              Case number (if know) _____
          Name

Creditor's Name

**All debtor assets, personal property,
equipment and lien Billan farm property
(parcel # 031-091-027-000), and personal
property Gurdeep Billan owned real property
(APN# 505-270-03)**

**180 Maiden Lane, 10th
Floor
New York, NY 10038**
Creditor's mailing address

Describe the lien
**UCC-1s filed on 2/16/2018; 2/12/2018;
5/16/2017; 6/1/2015**

Is the creditor an insider or related party?

**investor-relations@liftforw
ard.com**
Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**11/27/2017**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0622**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | **Martinez Family Trust** | Describe debtor's property that is subject to a lien | **$786,880.00** |

Creditor's Name
**1843 E. Fir Avenue, Suite
102
Fresno, CA 93720**
Creditor's mailing address

**Property located at 5088 N Fruit Ave., # 101,
Fresno, CA 93711 (APN #417-291-12)**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.15 | **Milledgeville State Bank** | Describe debtor's property that is subject to a lien | **$0.00** |

Creditor's Name
**451 N. Main Ave
Milledgeville, IL 61051**
Creditor's mailing address

**Per Gurdeep Billan, balance is $0.
All equipment listed under lease no.
HGF034818 and proceeds from equipment**

Describe the lien
**UCC-1s filed on 4/24/2018;**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☑ No

---

Debtor    **Quality Fresh Farms, Inc.**
Name

Case number (if know) _____

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Mintaka Financial, LLC** | |
|---|---|---|

Creditor's Name

**P.O. Box 2149**
**Gig Harbor, WA 98335**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**      $0.00
**Per Gurdeep Billan, balance is $0.**
**Shipper's office, grower**
**acounting/liquidations, and inventory**

**Describe the lien**
**UCC-1 filed on 11/4/2013**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **National Funding** | |
|---|---|---|

Creditor's Name

**9820 Towne Centre Drive**
**San Diego, CA 92121**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**      $269,284.54
**Security interest in inventory, equipment,**
**accounts, etc..**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Nutrien Ag Solutions** | **Describe debtor's property that is subject to a lien** | $1,330,607.26 | $0.00 |
|---|---|---|---|---|

---

Debtor **Quality Fresh Farms, Inc.** Case number (if know)
Name

Creditor's Name

**7815 N. Palm Ave., # 410**
**Fresno, CA 93711**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Deed of Trust on property, APN # 033-020-70 owned by Gurdeep Billan and Ranjodh Billan. Creditor formally known as Crop Production Services**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.19 **Prime Alliance Bank, Inc.**
Creditor's Name

**1868 South 500 West**
**Woods Cross, UT 84087**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All equipment listed under lease no. HGF034818 and proceeds from equipment**

**Unknown**

**Describe the lien**
**Two UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.20 **Produce Pay, Inc.**
Creditor's Name

**110 E. 9th Street, C1029**
**Los Angeles, CA 90079**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Unknown**

**Describe the lien**
**UCC-1 filed on 2/24/17; 1/17/2017; 1/17/2017**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)



Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor   **Quality Fresh Farms, Inc.**          Case number (if know) _____
         Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.2 1**

**ProPlant, LLC**
Creditor's Name

PO Box 1720
Lockeford, CA 95237
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**          **$0.00**
**Additional secured party related to TS&L Seed Comapny**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 2**

**Rivera Finance of Texas, Inc.**
Creditor's Name

220 Avenue I, Second Floor
Redondo Beach, CA 90277
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**          **$27,399.98**
**All property subject to enforcement of a money judgement**

**Describe the lien**
**Judgment lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 3**

**Timothy, Stewart & Lekos Seed Co.**
Creditor's Name

**Richard Stewart, President**
P.O. Box 359
Woodland, CA 95776-0359

**Describe debtor's property that is subject to a lien**          **$1,433,214.46**
**Promissory note secured by personal guarantees of Gurdeep and Ranjodh Billan**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor　**Quality Fresh Farms, Inc.**　　　　　Case number (if know) _____
　　　　　Name

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Westside Transplant, LLC** |
|---|---|

Creditor's Name

**45019 W. Nees Ave.**
**Firebaugh, CA 93622**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Additional secured party related to TS&L Seed Comapny**

　　　　　　　　　**$0.00**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **World Global Financing, Inc.** |
|---|---|

Creditor's Name

**141 NE 3rd Ave, Floor 12**
**Miami, FL 33132**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All property assets, rights, and interests. Related to 2.9**

　　　　　　　**Unknown**

**Describe the lien**
**UCC- 1s filed on 3/27/2015; 3/19/2015; 12/8/2014**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 10 of 11

| Debtor | **Quality Fresh Farms, Inc.** | | Case number (if know) | |
| | Name | | | |

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☒ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $10,265,022. 01

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Fill in this information to identify the case:

Debtor name **Quality Fresh Farms, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | |
|---|---|---|---|---|
| | **California Attorney General**<br>**P.O. Box 944255**<br>**Sacramento, CA 94255** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | |
|---|---|---|---|---|
| | **California Dept. of Tax and**<br>**Fee Administration**<br>**P.O. Box 942879 MIC: 29**<br>**Sacramento, CA 94279-0029** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,453.40** |
|---|---|---|---|

**Employment Development
Department
Bankruptcy/Special Procedures
Group
P.O. Box 826880 MIC 92E
Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,063.26** |
|---|---|---|---|

**Fresno County Tax Collector
P.O. Box 1247
Fresno, CA 93715**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unsecured property taxes owed for supplies
and equipment**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,688.74** |
|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor  **Quality Fresh Farms, Inc.**                    Case number (if known) _____
        Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**444 South Flower Street, Ste. 900**
**Los Angeles, CA 90071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,864.01 |
|---|---|---|---|

**State Compensation Insurance Fund**
**Attn: Cancellation, Bankruptcy & Pre-Coverage Unit**
**PO Box 8192**
**Pleasanton, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Workman's compensation insurance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**State of California Employment Development Department**
**Lien Group, MIC 92G**
**PO Box 826880**
**Sacramento, CA 94280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Tax Lien filed on 7/31/2018**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**United States Attorney (IRS Division)**
**2500 Tulare Street, Suite 4401**
**Fresno, CA 93721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Department of Justice**
**Civil Trial Section, Western Region**
**Box 683, Ben Franklin Station**
**Washington, DC 20044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,755.00 |
|---|---|---|---|

**24/7 TRUCK BROKERAGE**
**785 E. FRONTAGE RD STE 12**
**RIO RICO, AZ 85628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,968.76 |
|---|---|---|---|

**48FORTY SOLUTIONS, LLC**
**P.O. BOX 849729**
**DALLAS, TX 75284-9729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,190.00 |
|---|---|---|---|

**A&C LOGISTICS**
**10 SHERWOOD DR SUITE #1**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,900.00 |
|---|---|---|---|

**A-1 TRANSPORT**
**7805 BENARES ST**
**DOWNEY, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,484.00 |
|---|---|---|---|

**A.G. TRANSPORT**
**7229 ROCHESTER**
**BAKERSFIELD, CA 93313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,000.00** |
| | **Acclaim Credit Technologies** | ☐ Contingent | |
| | **Donny Aguiar, Vice President** | ☐ Unliquidated | |
| | **227 N West Street** | ☐ Disputed | |
| | **Visalia, CA 93291** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Plaintiff in lawsuit - for notice purposes** | |
| | | **Collecting for Button Willow Wearhouse and Mid Valley Disposal.** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,450.00** |
| | **ADM FREIGHT BROKERS** | ☐ Contingent | |
| | **6366 N. FIGARDEN DRIVE SUITE 102** | ☐ Unliquidated | |
| | **FRESNO, CA 93722** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,700.00** |
| | **ADM LOGISTICS** | ☐ Contingent | |
| | **21167 LARGO BELLO LANE** | ☐ Unliquidated | |
| | **FRIANT, CA 93626** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,902.40** |
| | **ADP LLC** | ☐ Contingent | |
| | **1851 N RESLER DR MS-600** | ☐ Unliquidated | |
| | **EL PASO, TX 79912** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$356,568.76** |
| | **AERO FUND** | ☐ Contingent | |
| | **6910 SANTA TERESA BLVD** | ☐ Unliquidated | |
| | **SAN JOSE, CA 95119** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Aldridge Pite, LLP** | | |
| | **David E. Mcallister** | ☐ Contingent | |
| | **Drew A Callahan and Katie M Parker** | ☐ Unliquidated | |
| | **4375 Jutland Drive, suite 200** | ☐ Disputed | |
| | **San Diego, CA 92177** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Attorneys for Liftforward, Inc.** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |
| | **All Clean** | ☐ Contingent | |
| | **166 N. Oxford Ave.** | ☐ Unliquidated | |
| | **Clovis, CA 93612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,524.13 |
|---|---|---|---|

**ALLEN LUND COMPANY**
**20525 CENTER RIDGE RD., SUITE 115**
**ROCKY RIVER, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,779.00 |
|---|---|---|---|

**ALLPAK CONTAINER**
**1500 W. 1ST**
**CHENEY, WA 99004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144,692.56 |
|---|---|---|---|

**AMERICAN EXPRESS**
**BOX 0001**
**LOS ANGELES, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,733.63 |
|---|---|---|---|

**AMERICAN FERTILIZER & FOLIAR CO LLC**
**22110 MT WHITNEY AVE**
**FIVE POINTS, CA 93624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,845.00 |
|---|---|---|---|

**AMERICAN FRESH LLC**
**2047 N. OCEAN GARDEN DRIVE STE B**
**NOGALES, AZ 85621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,735.04 |
|---|---|---|---|

**AMERICAN WEST AVIATION, INC**
**P.O. BOX 565**
**FIVE POINTS, CA 93624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,792.75 |
|---|---|---|---|

**AMERIGAS**
**2350 E 16TH STREET**
**YUMA, AZ 85365-2214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Quality Fresh Farms, Inc.**      Case number *(if known)* _____
     Name

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $307.92 |
|---|---|---|---|

**AMERIGUARD SECURITY SYSTEMS**
**5470 W SPRUCE AVE. SUITE 102**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.21 |
|---|---|---|---|

**AMERIPRIDE**
**1050 W. WHITESBRIDGE AVE**
**FRESNO, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,157.00 |
|---|---|---|---|

**ANGELINA'S FREIGHT CO INC**
**P.O. BOX 86636**
**LOS ANGELES, CA 90086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,316.60 |
|---|---|---|---|

**ARCEO TRUCKING**
**928 ENSENADA WAY**
**DELANO, CA 93215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.97 |
|---|---|---|---|

**ATLAS GENERAL INSURANCE SERVICES**
**4365 EXECUTIVE DR., SUITE 400**
**SAN DIEGO, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,500.00 |
|---|---|---|---|

**AZ TRANSPORTATION**
**3164 S PEACH AVE**
**FRESNO, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baker Manock & Jensen**
**John Michael**
**Michael Fletcher**
**5260 North Palm Ave. Fourth Floor**
**Fresno, CA 93704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _Attorneys for Progressive Packaging Group_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Quality Fresh Farms, Inc.**                          Case number (if known) _____
        _____
        Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,275.00 |

**3.27** Nonpriority creditor's name and mailing address
**BARON TRANSPORTATION**
**4233 W SIERRA MADRE AVE #205**
**FRESNO, CA 93722**

As of the petition filing date, the claim is: Check all that apply.     **$26,275.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
**BEST WEIGH SCALE CO., INC.**
**2728 N. SUNNYSIDE AVE # 101**
**FRESNO, CA 93727-8674**

As of the petition filing date, the claim is: Check all that apply.     **$2,419.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
**Bhajno Pahal**
**4656 Visions Drive**
**Turlock, CA 95382**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Party to lawsuit - for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
**Billan-Pahal Corporation**
**700 S. Val Vista Drive**
**A3-612**
**Gilbert, AZ 85296**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Party to lawsuit - for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
**BLUE BOOK SERVICES INC**
**845 E. GENEVA RD**
**CAROL STREAM, IL 60188-3520**

As of the petition filing date, the claim is: Check all that apply.     **$1,624.15**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
**Buechner Haffer Meyers & Koenig CO. LPA**
**Brett M. Renzenbrink**
**105 East Fourth Street, Suite 300**
**Cincinnati, OH 45202**

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Attorneys for Integrity Express Logisitcs, LLC_

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
**BULLDOG FREIGHTWAY**
**4569 E. FLORENCE AVE**
**FRESNO, CA 93725**

As of the petition filing date, the claim is: Check all that apply.     **$10,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|------|------|------|------|
| | BULLET EXPRESS INC<br>742 N GEORGE WASHINGTON<br>YUBA CITY, CA 95993 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$416,413.68** |
|------|------|------|------|
| | BURFORD RANCH<br>32104 W. CONEJO AVE.<br>CANTUA CREEK, CA 93608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,234.58** |
|------|------|------|------|
| | BUTTONWILLOW WAREHOUSE COMPANY<br>P.O. BOX 98<br>BUTTONWILLOW, CA 93206 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,355.00** |
|------|------|------|------|
| | C.H. ROBINSON WORLDWIDE INC<br>100 WILSON ROAD<br>MONTEREY, CA 93940 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,507.50** |
|------|------|------|------|
| | CAL-TECH PROFESSIONAL<br>INSTALLATIONS<br>2642 E. SAGE WAY<br>FRESNO, CA 93720-4935 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,550.00** |
|------|------|------|------|
| | CALIFORNIA CENTRAL EXPRESS<br>8112 PRATA AVE<br>BAKERSFIELD, CA 93307 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,639.85** |
|------|------|------|------|
| | CENTRAL COAST COOLING<br>170 N. 1ST ST.<br>EL CENTRO, CA 92243 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Quality Fresh Farms, Inc.**                           Case number (if known) _____
         Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,350.00 |

CFX CA FREIGHT XPRES
P.O. BOX 8466
FRESNO, CA 93747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Chaet Kaplan Law Firm
Josh Chaet
PO Box 31579
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorneys for Allen Lund Company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Chaet Kaplan Law Firm
Josh Chaet
30 N Salle Street
Chicago, IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorneys for Allen Lund Company - additional address**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,136.53 |

Chase Bank
Mail Code OH1-1272
340 S. Cleveland Ave., Bldg. 370
Westerville, OH 43081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bank account closed on 10/31/2018**

Last 4 digits of account number **1911**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,725.34 |

Chase Bank
Mail Code OH1-1272
340 S. Cleveland Ave., Bldg. 370
Westerville, OH 43081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bank account closed on 11/29/2018**

Last 4 digits of account number **8507**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,013.00 |

CHASE CREDIT CARD
PO BOX 94014
PALATINE, IL 60094-4014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167,228.00 |

CHEP USA
FILE 749003
LOS ANGELES, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Quality Fresh Farms, Inc.**          Case number *(if known)* _____
          Name

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $384.88 |

**CITY OF HOLTVILLE**
**121 W 5TH ST**
**HOTVILLE, CA 92250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.33 |

**CITY OF SAN JOAQUIN**
**21900 COLORADO P.O.BOX 758**
**SAN JOAQUIN, CA 93660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,062.60 |

**CMA GENERAL PARTNERSHIP**
**25960 W. MT. WHITNEY AVE.**
**FIVE POINTS, CA 93624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,121.67 |

**CMA, A CALIFORNIA GENERAL**
**PARTNERSHIP**
**25960 W. MT. WHITNEY AVE.**
**FIVE POINTS, CA 93624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,482.50 |

**COLEMAN & HORROWIT LLP**
**499 WEST SHAW AVE SUITE 116**
**FRESNO, CA 93704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,140.10 |

**COMCAST**
**PO BOX 34744**
**SEATLLE, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,379.37 |

**Comcast Internet**
**9602 5300 W St, Suite A**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9476**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
| | Name | | |

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,537.24**

**Comcast Phone**
P.O. Box 37601
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7904**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,200.00**

**COMPLETE QUALITY TRANSPORTATION SOLUTION**
3055 BLUE ROCK RD, SUIT T
CINCINNATI, OH 45239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$613.10**

**COUNTY OF FRESNO TREASURER**
DEPARTMENT OF AGRICULTURE 1730 S MAPLE A
FRESNO, CA 93702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,468.00**

**COVER SUPPLY**
C/O GUSTAVO ADOLFO DIAZ REYNOSO AV ALDAR
MEXICALI, BC CP 21220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00**

**D.S. XPRESS**
3261 N MARKS AVE
FRESNO, CA 93722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121,726.48**

**DEERPOINT GROUP, INC.**
1963 INDEPENDENCE
MADERA, CA 93637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,850.00**

**DH CARRIERS INC**
1943 BELEVIN RD
YUBA CITY, CA 95993

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Quality Fresh Farms, Inc.**
          Name                                                    Case number (if known)

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,369.00 |

**DMV RENEWAL**
**PO BOX 942897**
**SACRAMENTO, CA 94297-0897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Donahue Fitzgerald, LLP**
**John F. Gardner**
**1999 Harrision Street, 25th Floor**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorneys for Timothy, Stewart & Lekos Seed Company; Westside Transplant, LLC; Proplant, LLC; and Transplant Services Group, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,561.20 |

**DORN'S GAS**
**1865 HERNDON AVE, SUITE k #576**
**CLOVIS, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,510.51 |

**DOWLING AARON INC**
**Attn: David Schneider**
**PO BOX 28902**
**FRESNO, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorneys for Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,715.00 |

**DREW MASSA**
**PO BOX 6982**
**SALINAS, CA 93912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**DUCKERING CONSULTING**
**2778 RALL AVE**
**CLOVIS, CA 93611-0327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,994.52 |

**DUST CONTROL**
**535 S. BOYD DRIVE**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Quality Fresh Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

ENCORE TRANSIT
2626 FOOTHILL BLVD #204
LA CRESCENTA, CA 91214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,514.00**

ENGLAND LOGISTICS
1325 S 4700 W
SALT LAKE CITY, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,568.00**

EXETER ENGINEERING
P.O. BOX 457
EXETER, CA 93221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**

EXPRESS MARKET
PO BOX 3149
GREENFIELD, CA 93927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

FARMER TRUCK LINES
572 MONT CLIFF WAY
LIVINGSTON, CA 95334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$401.00**

FARMERS INSURANCE EXCHANGE
4750 WILSHIRE BLVD
LOS ANGELES, CA 90010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.53**

Fed Ex
PO Box 7221
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Quality Fresh Farms, Inc.**                          Case number (if known) _____
          Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,079.00 |

**FISHER BROTHERS LOGISTICS**
**33523 POND RD**
**DELANO, CA 93215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,099.22 |

**FIVE POINTS RANCH, INC.**
**P.O. BOX 673**
**FIVE POINTS, CA 93624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |

**FLUID FREIGHT INC**
**9330 LBJ FREEWAY SUITE 900**
**DALLAS, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Foley & Lardner, LLP**
**Karman Mirrafati**
**555 S. Flower Street, Suite 3500**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorneys for iGPS Logistics, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**FORD CREDIT**
**P.O. BOX 790072**
**ST LOUIS, MO 63179-0072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible deficiency owed stemming from the return of the 2015 Ford F-150 (Vin # 1FTEW1EF2FFB07094); 2015 Ford F-150 (VIN # 1FTEW1EF4FFB07095); 2016 Ford F-150 (VIN # 1FTEW1CF5GKE04355)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,920.00 |

**FRANCISCO SOTO**
**P.O. BOX 15**
**CANTUA CREEK, CA 93608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,250.00 |

**FREIGHT ALL KINDS**
**10885 E. 51ST AVE**
**DENVER, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**FRESH BUYERS INSPECTION INC.**
P.O. BOX 3745
VISALIA, CA 93278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,351.94 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Fresno County Tax Collector**
P.O. Box 1192
Fresno, CA 93715-1192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|--------|

**Fresno Fire**
P.O. Box 16190
Phoenix, AZ 85011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __ATTN: Payment Processing Center__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,296,608.68 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------------|

**Fresno Madera Farm Credit**
4635 West Spruce
Fresno, CA 93722-8425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  0001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494,380.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**Fresno Madera Farm Credit**
4635 West Spruce
Fresno, CA 93722-8425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  0001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Gaba Law Corporation**
Rodolfo Gaba, Jr.
8583 Irvine Center Driver
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Attorneys for Freight All Kinds Inc.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------|

**Giles Lenox**
Brian Giles
3825 Edwards Road, Suite 103
Cincinnati, OH 45209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Attorneys for Total Quality Logistics, LLC__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Quality Fresh Farms, Inc.**      Case number *(if known)* _____

_____ Name

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Glassberg, Pollak & Associates**
**Robert L Pollak**
**1000 Fourth Street, Suite 570**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Attorneys for Peco Pallet, Inc._

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Glenn Cadrez, Jr.**
**334 Valley View Drive**
**Rio Rico, AZ 85661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _For notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $493,500.00 |

**GLOBAL MERCHANT CASH**
**30 BROAD STREET- 14TH FL.**
**NEW YORK, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _possible judgement entered_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Goldman, Walker & DiMarco**
**Doug Sanders**
**6303 E. Tanque Verde Road, # 110**
**Tucson, AZ 85715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Attorneys for RDO Equipment Company_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,522.00 |

**GROWER FARM MANAGEMENT INC.**
**P.O. BOX 168**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |

**GS1 US INC**
**Dept 781271, P.O. Box 78000**
**Detroit, MI 48278-1271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gubler & Abbott**
**Esperanza L Alcazar**
**1110 N. Chinowith St.**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** _Attorneys for Fisher Bros. Logistics - for notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Gubler & Abbott
Brett T. Abbott
1110 N. Chinowth Street
Visalia, CA 93291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorneys for Nutrien Ag Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,892.65**

HEADSTART NURSERY, INC.
4860 MONTEREY RD.
GILROY, CA 95020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Henry D. Nunez, Esq.
4478 W. Spaatz Ave.
Fresno, CA 93722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney for PM Labor Services, Inc. - for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$302,604.88**

HERAZ CONSULTING dba
FIVE STAR PACKING
437 W. 5TH STREET
HOLTVILLE, CA 92250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,713.85**

HERC RENTALS INC.
P.O. BOX 936257
ATLANTA, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$103.00**

HOMEWOOD SUITES
6820 N FRESNO ST
FRESNO, CA 93710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,562.07**

HYGIENA LLC
941 AVENIDA ACASO
CAMARILLO, CA 93012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.104** | Nonpriority creditor's name and mailing address

IEH LABORATORIES
15300 BOTHELL WAY NE
LAKE FOREST PARK, WA 98155

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$222.00**

---

**3.105** | Nonpriority creditor's name and mailing address

iGPS LOGISTICS LLC
5505 N CUMBERLAND AVE. SUITE 307
CHICAGO, IL 60656-1471

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$71,309.47**

---

**3.106** | Nonpriority creditor's name and mailing address

IMPERIAL IRRIGATION
1285 BROADWAY AVE
EL CENTRO, CA 92243

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$125.48**

---

**3.107** | Nonpriority creditor's name and mailing address

INTEGRITY EXPRESS LOGISTICS
PO BOX 938 WEST CHESTER
CINCINNATI, OH 45071

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,450.00**

---

**3.108** | Nonpriority creditor's name and mailing address

INTERNATIONAL PAPER
PO BOX 31001-0780
PASADENA, CA 91110-0780

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$624,714.27**

---

**3.109** | Nonpriority creditor's name and mailing address

IPFS CORPORATION
49 STEVENSON STREET SUITE 1275
SAN FRANCISCO, CA 94105

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,646.44**

---

**3.110** | Nonpriority creditor's name and mailing address

ITRADE NETWORK
PO BOX 935209
ATLANTA, GA 31193-5209

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,490.57**

---

| Debtor | **Quality Fresh Farms, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**J&M TRANSPORT**
**728 CLAREMONT AVE**
**SANGER, CA 93657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,376.60** |
|---|---|---|---|

**JC FARMING**
**P.O. BOX 424**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,449.98** |
|---|---|---|---|

**JDE TRANSPORT**
**2335 OLEANDER ST.**
**DELANO, CA 93215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**JENESIS STORAGE, INC.**
**P.O. BOX 86636**
**LOS ANGELES, CA 90086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer E. Duty**
**Tara Muren**
**9820 Towne Center Drive**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorneys for National Funding, Inc.**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,400.00** |
|---|---|---|---|

**JERUE FREIGHT**
**PO BOX 33080**
**LAKELAND, FL 33807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$636.00** |
|---|---|---|---|

**JM LORD, INC.**
**4184 NORTH KNOLL DRIVE**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**JP HONEY FARMS**
**P.O. BOX 108**
**RIVERDALE, CA 93656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,686.20 |
|---|---|---|---|

**JP Morgan Chase Bank**
**PO Box 182051**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8507;1911**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Kabbage Inc.**
**730 Peachtres St.**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277,675.00 |
|---|---|---|---|

**KAM-WAY TRANSPORTATION, INC.**
**215 MARINE DR. STE 200**
**BLAINE, WA 98230-4827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,249.98 |
|---|---|---|---|

**KEYSTONE LOGISTICS INC**
**1657 COMMERCE DR STE 9A**
**SOUTHBEND, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Koch, Degn & Gomez, LLP**
Steven M. Koch
**1110 N. Chinowth Street**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorneys for Acclaim Credit Technologies - for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,950.00 |
|---|---|---|---|

**KR FREIGHT WAY**
**TRIUMPH BUSINESS CAPITAL P.O. BOX**
**610028**
**DALLAS, TX 75261-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Quality Fresh Farms, Inc.**                          Case number (if known) _____
_____
Name

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,643.55** |

**KRAZAN & ASSOCIATES INC**
**215 WEST DAKOTA AVE.**
**CLOVIS, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,374.50** |

**LANDMARK AG**
**P.O. BOX 863**
**MONTEREY, CA 93942**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,050.00** |

**LANDSTAR**
**13410 SUTTON PARK CT**
**SOUTH JACKSONVILLE, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Law Office of Steven A. Booska**
**Attn: Steven A. Booska**
**PO Box 2169**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorneys for VERDEFLO, LLC

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Law Offices of Raymond A. Policar**
**Raymond A. Policar**
**114 E Street, Second Floor**
**Davis, CA 95617-5093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorneys for PACCAR Financial Corp

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$915,417.95** |

**LEASING INNOVATIONS, INC.**
**15 COURT SQUARE, SUITE # 520**
**BOSTON, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Watermelon packaging machinery equipment

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,000.00** |

**Leo's Auto & Tires**
**22055 W. Manning Ave.**
**San Joaquin, CA 93660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,751.50 |
|---|---|---|---|

**LEONARD'S EXPRESS**
**6070 COLLETT RD WEST**
**FARMINGTON, NY 14425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,160.00 |
|---|---|---|---|

**LOBOCHEM LLC**
**267 N. 8TH ST.**
**EL CENTRO, CA 92243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**LONE OAK LAND COMPANY, LLC**
**1051 PACIFIC AVE**
**OXNARD, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.80 |
|---|---|---|---|

**LOPEZ AND SONS FARMS, INC.**
**1674 E MARIPOSA RD**
**STOCKTON, CA 95205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**LOZAS N SONS TRANSPORT**
**265 S MICHELLE AVE**
**KERMAN, CA 93630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**MAJOR TRUCKING**
**3342 N WEBER AVE**
**FRESNO, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,955.40 |
|---|---|---|---|

**MARQUIS AVIATION INC**
**845 E. REWOOD CIR.**
**HANFORD, CA 93230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Quality Fresh Farms, Inc.**                    Case number (if known) _____
       Name

| | |
|---|---|

**3.139** | Nonpriority creditor's name and mailing address

**McCormick Barstow**
Scott J. Ivy
7647 North Fresno Street
Fresno, CA 93720

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for Fresno-Madera Production Credit Association - for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address

**McCormick Barstow**
Timothy J. Buchanan
7647 North Fresno Street
Fresno, CA 93720

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for Degroot Logistics, Inc - for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address

**MCNEECE BROS. OIL COMPANY, INC**
1313 MAIN STREET
BRAWLEY, CA 92227

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$4,149.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address

**MEGA FLEET**
556 S. FAIR OAKS AVE STE 101 #31
PASADENA, CA 91105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address

**MEGA MILES TRANS**
833 E CHESTNUT
GLENDALE, CA 91205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$16,325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address

**MID VALLEY DISPOSAL**
PO BOX 12385
FRESNO, CA 93777

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$17,051.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address

**MID VALLEY INC**
2911 A.W. GRIMES BLVD
PFLUGERVILLE, TX 78660

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$1,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|

**3.146** | Nonpriority creditor's name and mailing address

MOSBY BROTHERS FARMS INC.
12754 SE GREEN VALLEY RD.
AUBURN, WA 98092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,378.00**

---

**3.147** | Nonpriority creditor's name and mailing address

MOUNTAIN VALLEY LOGISTICS
3501 COUNTY ROAD 53
CENTER, CO 81125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$97,115.82**

---

**3.148** | Nonpriority creditor's name and mailing address

NATIONAL FUNDING
9820 TOWNE CENTRE DRIVE
SAN DIEGO, CA 92121

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Judgement entered

Is the claim subject to offset? ☐ No ☐ Yes

**$269,284.52**

---

**3.149** | Nonpriority creditor's name and mailing address

National Motor Freight Traffic Assoc.
1001 NORTH FAIRFAX STREET, SUITE 600
ALEXANDRIA, VA 22314

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$71.00**

---

**3.150** | Nonpriority creditor's name and mailing address

NKRS TRUCKING
5263 W NORMAL AVE
FRESNO, CA 93722

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,100.00**

---

**3.151** | Nonpriority creditor's name and mailing address

NOLAN TRANSPORTATION
365 NORTHBRIDGE RD STE 100
ATLANTA, GA 30350

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,150.00**

---

**3.152** | Nonpriority creditor's name and mailing address

NOVA WEST SOLAR INC.
7429 N. FIRST AVE., SUITE # 104
FRESNO, CA 93720

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,802.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Quality Fresh Farms, Inc.**    Case number (if known) _____
_____
Name

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330,607.26 |
|---|---|---|---|

**Nutrien Ag Solutions**
7815 N. Palm Ave., Suite #410
Fresno, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**P&D PLUMBING INC.**
P.O. BOX 866
CLOVIS, CA 93613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,507.06 |
|---|---|---|---|

**PACCAR Financial Corp**
PO Box 121166
Dallas, TX 75312-1166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Judgment entered_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,838.40 |
|---|---|---|---|

**PALOGIX INTERNATIONAL USA, LLC**
P.O. BOX 86
FOWLER, CA 93625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229,978.52 |
|---|---|---|---|

**PECO PALLET, INC.**
2 BRIDGE ST., STE. 210
IRVINGTON, NY 10533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peel Garcia, LLP**
**David M Benton**
3585 W. Beechwood, Ste. 101
Fresno, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Attorneys for ADM Freight Logistics - for notice purposes_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peterson Russell Kelly Law**
**Patrick M. Morgan**
1850 Skyline Tower
10900 NE Fourth Street
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Attorneys for Allpak Container_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,806.10 |
|---|---|---|---|

**PG&E**
PO BOX 997300
SACRAMENTO, CA 95899-7300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,593.92 |
|---|---|---|---|

**PM LABOR SERVICE**
31219 JAMES AVE
MADERA, CA 93636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,190.00 |
|---|---|---|---|

**POWER FREIGHT WAY**
2815 MAINE AVE
CLOVIS, CA 93619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,104.26 |
|---|---|---|---|

**PRIMUS AUDITING OPERATIONS**
P.O. BOX 5785
SANTA MARIA, CA 93456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $998,650.54 |
|---|---|---|---|

**PROGRESSIVE PACKAGING GROUP**
P.O. BOX 2268
SALINAS, CA 93902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Party to lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,084.71 |
|---|---|---|---|

**PROPLANT LLC**
P.O. BOX 1720
LOCKEFORD, CA 95237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ravinder Samra**
437 W. 5TH STREET
Holtville, CA 92250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorney for Heraz Consulting, Inc.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Quality Fresh Farms, Inc.**  Case number (if known) _____
_____
Name

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,036.76 |
|---|---|---|---|

**RDO EQUIPMENT**
**P.O. BOX 7160**
**FARGO, ND 58106-7160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,056.27 |
|---|---|---|---|

**REPUBLIC SERVICES**
**P.O. BOX 78829**
**PHOENIX, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,399.78 |
|---|---|---|---|

**Rivera Finance of Texas Inc.**
**220 Avenue "I", Second Floor**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62,345.00 |
|---|---|---|---|

**RIVERFRESH FARMS**
**820 PARK ROW #513**
**SALINAS, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.38 |
|---|---|---|---|

**RL JONES**
**1778 ZINETTA ROAD SUITE A**
**CALEXICO, CA 92231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,800.00 |
|---|---|---|---|

**Russo Brothers Transport, Inc.**
**8200 Berry Avenue, Suite 160**
**Sacramento, CA 95828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,914.00 |
|---|---|---|---|

**S & S REPACKING LLC**
**64302 W. COATS RD**
**PROSSER, WA 99350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.174** Nonpriority creditor's name and mailing address

SFS TRANS INC
1474 WHITESBRIDGE AVE
FRESNO, CA 93706

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.175** Nonpriority creditor's name and mailing address

Shaw Fruit Plaza Business Center
Jack Marziliano
5080 N Fruit Avenue
Fresno, CA 93711

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Association dues for Fruit office location (parking lot, sewer, water, etc..)**

Is the claim subject to offset? ■ No ☐ Yes

**$1,497.00**

---

**3.176** Nonpriority creditor's name and mailing address

SHOKER TRANS INC
PO BOX 8453
FRESNO, CA 93747

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.177** Nonpriority creditor's name and mailing address

SIERRA TRANSPORTATION
4480 EL MORADO ST
MONTCLAIR, CA 91763

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,100.00**

---

**3.178** Nonpriority creditor's name and mailing address

SK TRANSPORT
300 AMERICAN FARMS AVE
LATHROP, CA 95330

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,130.00**

---

**3.179** Nonpriority creditor's name and mailing address

SOIL BASICS CORPORATION
17014 AVE 296
VISALIA, CA 93392

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$66,786.00**

---

**3.180** Nonpriority creditor's name and mailing address

SPARKLETTS WATER
5377 E. HOME AVE
FRESNO, CA 93727

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$98.97**

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.181** | Nonpriority creditor's name and mailing address

STATE COMPENSATION INSURANCE FUND
P.O. BOX 7441
SAN FRANCISCO, CA 94120-7441

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$28,864.01**

---

**3.182** | Nonpriority creditor's name and mailing address

STEVE CLAREEN
9 SASSAFRAS STREET
IRVINE, CA 92618

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$345,000.00**

---

**3.183** | Nonpriority creditor's name and mailing address

SUBURBAN PROPANE
P.O. BOX 12027
FRESNO, CA 93776-2027

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,816.35**

---

**3.184** | Nonpriority creditor's name and mailing address

SUNRISE TRUCK SERVICES
15331 AVE 18
MADERA, CA 93637

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,200.00**

---

**3.185** | Nonpriority creditor's name and mailing address

SW TRUCKING, LLC
26 COMMERCE RD STE.Q
FAIRFIELD, NJ 07004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.186** | Nonpriority creditor's name and mailing address

TAMARACK PEST CONTROL
P.O. BOX 2657
CLOVIS, CA 93613

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.187** | Nonpriority creditor's name and mailing address

TAVIE DIVERSIFIED, INC.
P.O. BOX 673
FIVE POINTS, CA 93624

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,889.54**

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,620.69 |
|---|---|---|---|

**3.188**
Nonpriority creditor's name and mailing address
TAYLOR COMMUNICATIONS INC.
PO BOX 91047
CHICAGO, IL 60693-1047

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,620.69

---

**3.189**
Nonpriority creditor's name and mailing address
TERI & BROTHERS TRANSPORTATION
17638 ANACONDA RD
MADERA, CA 93636

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,699.97

---

**3.190**
Nonpriority creditor's name and mailing address
The Dunning Law Firm
Donald T. Dunning, Esq.
4545 Murphy Canyon Road, Ste. 200
San Diego, CA 92123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Attorneys for Palogix International, LLC - for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.191**
Nonpriority creditor's name and mailing address
TJ TRUCKING
6903 JENNIE ANNE COURT
BAKERSFIELD, CA 93313

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

**3.192**
Nonpriority creditor's name and mailing address
TOP CLASS LOGISTICS
1330 N. SCOTT ST SUITE
NAPOLEON, OH 43545

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$950.00

---

**3.193**
Nonpriority creditor's name and mailing address
TOSHIBA FINANCIAL SERVICES LEASING
P.O. BOX 41602
PHILADELPHIA, PA 41602-1602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Party to lease agreement

Is the claim subject to offset? ■ No ☐ Yes

$1,338.12

---

**3.194**
Nonpriority creditor's name and mailing address
TOTAL QUALITY LOGISTICS
P.O. BOX 799
MILFORD, OK 45150

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Judgment entered

Is the claim subject to offset? ■ No ☐ Yes

$133,033.94

---

| Debtor | Quality Fresh Farms, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.195** | Nonpriority creditor's name and mailing address
TRANSPLANT SERVICES GROUP, LLC
505 BALDWIN RD #1
PATTERSON, CA 95363

As of the petition filing date, the claim is: *Check all that apply.*          **$132,623.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address
TRANSPORTATION SOLUTIONS INC
1245 S. WINCHESTER BLVD STE 220
SAN JOSE, CA 95128

As of the petition filing date, the claim is: *Check all that apply.*          **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address
TS&L Seed Company
P.O. Box 359
Woodland, CA 95776

As of the petition filing date, the claim is: *Check all that apply.*          **$1,433,214.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address
UNWIRED BROADBAND
215 W. FALLBROOK AVE SUITE 203
FRESNO, CA 93711

As of the petition filing date, the claim is: *Check all that apply.*          **$1,999.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address
URIEL HERNANDEZ
706 MILLER LANE
FIREBAUGH, CA 93622

As of the petition filing date, the claim is: *Check all that apply.*          **$51,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address
US LOAD SERVICE
PO BOX  93793
FRESNO, CA 93722

As of the petition filing date, the claim is: *Check all that apply.*          **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address
V & G LOGISTICS LLC
1612 5TH STREET
CONCORD, CA 94518

As of the petition filing date, the claim is: *Check all that apply.*          **$950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,486.00 |
|---|---|---|---|

**VALLEY AGRONOMY SERVICE/SHELDON CHILDS**
**9445 N ARCHIE AVE**
**FRESNO, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.00 |
|---|---|---|---|

**Valley Air Conditioning & Repair**
**825 S. TOPEKA AVE**
**FRESNO, CA 93721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,110.70 |
|---|---|---|---|

**VERDEFLO LLC**
**7500 WEST LAKE MEAD SUITE 9 #127**
**LAS VEGAS, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,838.12 |
|---|---|---|---|

**VERIZON WIRELESS**
**PO BOX 4005**
**ACWORTH, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.00 |
|---|---|---|---|

**VERO BUSINESS CAPITAL**
**PO BOX 1752**
**MEMPHIS, TN 38101-1752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**VERTICAL LOGISTICS**
**110 E. VICTORY ROAD**
**MERIDIAN, ID 93646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Volkov Law Office**
**Aleksandra A. Volkov**
**1200 Mount Diablo Blvd, Suite 205**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Attorneys for Russo Brothers Transport, Inc. - for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Quality Fresh Farms, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**3.209**

**Nonpriority creditor's name and mailing address**
Wanger Jones Helsley PC
Kurt F. Vote
265 E. River Park Cirlce, Suite 310
Fresno, CA 93720

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for Mountain Valley Logistics**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.210**

**Nonpriority creditor's name and mailing address**
WESTCOM SYSTEMS
4704 W. JENNIFER AVE. SUITE 108
FRESNO, CA 93722

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$387.00**

---

**3.211**

**Nonpriority creditor's name and mailing address**
WESTERN GROWERS
15525 SAND CANYON
IRVINE, CA 92618

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$400.00**

---

**3.212**

**Nonpriority creditor's name and mailing address**
WFC FUND LLC (C2FO)
4210 SHAWNEE MISSION PARKWAY, SUITE
400A
FAIRWAY, KS 66205

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$53,000.00**

---

**3.213**

**Nonpriority creditor's name and mailing address**
WHOLESALE EQUIPMENT OF FRESNO
P.O. BOX 2637
FRESNO, CA 93745

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$150,136.99**

---

**3.214**

**Nonpriority creditor's name and mailing address**
XOBEE COMMUNICATIONS LLC
BUSINESS PHONE SYSTEM MANAGEMENT
7910 N. INGRAM AVE. SUITE 101
FRESNO, CA 93711

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$45.00**

---

**3.215**

**Nonpriority creditor's name and mailing address**
Yates Litigation
John R. Yates
16000 Ventura Blvd., Suite 1000, 10th FL
Encino, CA 91436

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for Riviera Finance of Texas, Inc.**
jyates@yateslitigation.com

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **Quality Fresh Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.44 |
|---|---|---|---|

**Zoom Imaging Solutions, Inc.**
**PO Box 398147**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**ZWICKER & ASSOCIATES**
**1320 WILLOW PASS RD # 730**
**CONCORD, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 37,069.41 |
| 5b. Total claims from Part 2 | 5b. + $ | 15,035,850.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 15,072,920.11 |

Fill in this information to identify the case:

Debtor name     **Quality Fresh Farms, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of watermelon packing equipment/machinery.** |
| | State the term remaining | **53 months** |
| | List the contract number of any government contract | _____ |

**Leasing Innovations, Inc.
15 Court Square, Suite #520
Boston, MA 02108-0210**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Toshiba E-Studio 3505AC with maintenance agreement.** |
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Toshiba
PO Box 41602
Philadelphia, PA 41602-1602**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Quality Fresh Farms, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bhajno Pahal** | **4656 Visions Drive**<br>**Turlock, CA 95382** | **PACCAR Financial and various others** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Billan Farms, LLC** | **70 S Val Vista Drive**<br>**A3-612**<br>**Gilbert, AZ 85296**<br>**various** | **various** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Billan-Pahal Corporation** | **700 S. Val Vista Drive**<br>**A3-612**<br>**Gilbert, AZ 85296**<br>**Various** | **Various** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Glenn Cadrez, Jr.** | **334 Valley View Drive**<br>**Rio Rico, AZ 85648** | **Various** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Gurdeep Billan** | **700 S. Val Vista Drive**<br>**A3-612**<br>**Gilbert, AZ 85296**<br>**Various** | **Various** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Quality Fresh Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

2.6　**Ranjodh Billan**　　**700 S. Val Vista Drive**　　**Various**　　☐ D _____
　　　　　　　　　　　　　**A3-612**　　　　　　　　　　　　　☐ E/F _____
　　　　　　　　　　　　　**Gilbert, AZ 85296**　　　　　　　　☐ G _____
　　　　　　　　　　　　　**Various**

**Fill in this information to identify the case:**

Debtor name    **Quality Fresh Farms, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01-03-2019    X _____
                                   Signature of individual signing on behalf of debtor

                                   **Gurdeep S. Billan**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Quality Fresh Farms, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$7,094,772.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$20,263,493.00** |
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$19,926,561.00** |
| **For the fiscal year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$14,668,701.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Quality Fresh Farms, Inc.**                          Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **FORD CREDIT**<br>P.O. BOX 790072<br>ST LOUIS, MO 63179-0072 | **Return of the 2015 Ford F-150 (Vin # 1FTEW1EF2FFB07094); 2015 Ford F-150 (VIN # 1FTEW1EF4FFB07095); 2016 Ford F-150 (VIN # 1FTEW1CF5GKE04355)** | October/November 2018 | $54,438.00 |
| **FORD CREDIT**<br>P.O. BOX 790072<br>ST LOUIS, MO 63179-0072 | **Return of the following leased vehicles: 2018 Ford F-150 (VIN # 1FTEW1E52JFB29497); 2018 Ford Expedition (VIN # 1FMJK2A5TXJE37270); 2018 Ford F-150 (VIN # 1FTEW1E55JFD28995); 2018 Ford F-150 (VIN # 1FTEW1E59JKE31506); 2017 Ford F-150 (1FTEW1EG4HFC90638)** | October/November 2018 | $0.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| | QUALITY FRESH FARMS INC. | | |
|---|---|---|---|
| | **List of Creditors Payments over $6400** | | |
| | **Activity Date: 10/01/2018-12/26/2018** | | |
| | | | |
| **Paid Date** | **Vendor Name** | **Description** | **Amount** |
| 10/2/2018 | DOWLING AARON | Legal Fees | $ 12,249.57 |
| 10/3/2018 | FIVE POINTS RANCH, INC. | Irrigation/Tractor Labor | $  9,284.00 |
| 10/3/2018 | CMA, A CALIFORNIA GENERAL PARTNERSHIP | Irrigation/Tractor Labor | $ 14,440.00 |
| | **TOTAL** | | **$ 35,973.57** |

Debtor   **Quality Fresh Farms, Inc.** _____     Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fresno-Madera Production Credit Association v. Quality Fresh Farms, Inc.**<br>18CECG03650 | Civil Judgment | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Degroot Logistics, Inc. v. Quality Fresh Farms, Inc.**<br>18CECG03081 | Civil | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Fisher Bros. Logistics, Inc. v Quality Fresh Farms**<br>18CECG03509 | Civil | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Progressive Packaging Group, Inc. v. Quality Fresh Farms, Inc.**<br>18CECG03371 | Civil | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Liftforward Inc. v Quality Fresh Farms**<br>18CECG02895 | Civil | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **VERDEFLO, LLC, et al v. Quality Fresh Farms, Inc., et al**<br>2018-451328 | Civil | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **PACCAR Financial Corp. v. Gurdeep S. Billan; Bilan-Pahal Corporation; and Bhanjno Pahal**<br><br>**Note- Quality Fresh not named defendant**<br>2029133 | Civil | **Stanislaus Superior Court**<br>800 11th Street<br>Modesto, CA 95354 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Acclaim Credit Technologies v. Gurdeep S. Billan and Quality Fresh Farms**<br>18CECG04193 | Civil | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Palogix International, LLC v. Quality Fresh Farms, Inc.**<br>18CECG04152 | Civil | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 | **PM Labor Services, Inc. v. Quality Fresh Farms, Inc.**<br>18CECL10807 | Civil | **Fresno County Superior Court**<br>1130 O Street<br>Fresno, CA 93724 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor　**Quality Fresh Farms, Inc.**　　　　　　　Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11 | ADM Freight Brokers, Inc. v. Quality Fresh Farms, Inc.<br>18CECG03583 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93724 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 | Timothy, Stewart & Lekos Seed Company v. Quality Fresh Farms Inc.<br>CV-18-1885 | Civil | Yolo County Superior Court<br>Main Courthouse<br>1000 Main Street<br>Woodland, CA 95695 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13 | Fresno-Madera Production Credit Association v. Gurdeep Billan; Ranjodh Billan (Quality Fresh Farms not named)<br>18CECG04304 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93724 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 | National Funding Inc. v Quality Fresh Farms<br>37-2018-00016402-CU-BC-CTL | Civil/Small Claims | San Diego Superior Court<br>330 West Broadway<br>San Diego, CA 92101 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.15 | Heraz Consulting dba Five Star Packing v. Quality Fresh Farms<br>ECU000627 | Civil | Imperial County Superior Court<br>939 Main Street<br>El Centro, CA 92243 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16 | Riviera Finance of Texas, Inc. v. Quality Fresh Farms<br>18CECG00576 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93724 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.17 | Integrity Express Logistics, LLC v Quality Fresh Farms<br>A 1802546 | Civil | Hamilton County Court of Common Pleas<br>1000 Main Street, #315<br>Cincinnati, OH 45202 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.18 | VERDEFLO, LLC v. Quality Fresh Farms, Inc.<br>18CECG01444 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93724 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19 | Fresno-Madera Production Credit Association v. Gurdeep Billan (Quality Fresh not named , but Notice of Related Case was filed)<br>18CECG03650 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93724 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20 | Total Quality Logistics, LLC<br>2018-CVH00138 | Civil | In the Court of Common Pleas<br>Clermont County, Ohio<br>270 E. Main Street<br>Batavia, OH 45103 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21 | Peco Pallet, Inc. v. Quality Fresh Farms, Inc.<br>18CECG04092 | Civil | Fresno County Superior Court<br>1130 O Street<br>Fresno, CA 93724 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Quality Fresh Farms, Inc.** | | Case number *(if known)* | |

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.22 | **Global Merchant Cash v. Quality Fresh Farms** Unknown | **Civil** | **Unknown** | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Walter Wilhelm Law Group 205 E. River Park Circle, Suite 410 Fresno, CA 93720** | **See attached disclosure of compensation.** | | |
| | **Email or website address w2lg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor   **Quality Fresh Farms, Inc.**      Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **2416 W. Shaw Ave., Suite 114** <br> **Fresno, CA 93711** | **October 2013 - March 2018** |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor     **Quality Fresh Farms, Inc.**                                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JP Morgan Chase Bank<br>PO Box 182051<br>Columbus, OH 43218 | XXXX-1911 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/31/18 -<br>Balance owed,<br>see E/F 3.44 | $0.00 |
| 18.2. | JP Morgan Chase Bank<br>PO Box 182051<br>Columbus, OH 43218 | XXXX-8507 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 11/29/2018 -<br>Balance owed,<br>see E/F 3.45 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Derrels Mini Storage<br>6235 West Spruce<br>Fresno, CA 93722 | Gurdeep Billan | Computers, filing cabinets and files. | ☐ No<br>■ Yes |
| Delta Packing of San Joaquin<br>9075 S Colusa Ave.<br>San Joaquin, CA 93660 | Need | Packing material and portion of debtor's office equipment stored at offsight packing facility. | ☐ No<br>■ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Quality Fresh Farms, Inc.**                          Case number *(if known)* _____

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Alex Shrestha**<br>**377 N Jonna Avenue**<br>**Fowler, CA 93625** | **3/2016-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

---

Debtor   **Quality Fresh Farms, Inc.**                    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **Name and address** | | | **Date of service**<br>**From–To** |
| 26b.1. | Paul Green, CPA<br>2475 N. First St., Suite 102<br>Fresno, CA 93720 | | **2012–present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | | **If any books of account and records are**<br>**unavailable, explain why** |
|---|---|---|
| 26c.1. | Gurdeep Billan<br>4488 Calvary Drive<br>Gilbert, AZ 85297 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| | |
|---|---|
| 26d.1. | Fresno Madera Farm Credit<br>4635 West Spruce<br>Fresno, CA 93794-3069 |
| 26d.2. | Leasing Innovations, Inc.<br>15 Court Square, Suite #520<br>Boston, MA 02108-0210 |
| 26d.3. | Liftforward<br>180 Maiden lane, 10th Floor<br>New York, NY 10038 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gurdeep Singh Billan | 70 S. Val Drive<br>A3-612<br>Gilbert, AZ 85296 | Chief Executive Officer, Chief Financial Officer | 30% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Ranjodh Billan | 70 S. Val Drive<br>A3-612<br>Gilbert, AZ 85296 | Secretary | 30% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Glenn Cadrez | 334 Valley View Drive<br>Rio Rico, AZ 85648 | Director | 40% |

Debtor      **Quality Fresh Farms, Inc.**                    Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Gurdeerp Billan**<br>**70 S. Val Drive**<br>**A3-612**<br>**Gilbert, AZ 85296** | **$98,785.21 - Payroll and shareholder distribution** | **See attachment # 1 and # 1(a)** | |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.2 | **Ranjodh Billan**<br>**70 S. Val Drive**<br>**A3-612**<br>**Gilbert, AZ 85296** | **$31,046.53 - Payroll and shareholder distribution** | **See attachment # 2 and # 2(a)** | |
| | **Relationship to debtor**<br>**Secretary** | | | |
| 30.3 | **Glenn Cadrez, Jr.**<br>**334 Valley View Drive**<br>**Rio Rico, AZ 85648** | **$97,367.20 - Payroll and shareholder distribution** | **See attachment # 3 and # 3(a)** | |
| | **Relationship to debtor**<br>**Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the parent corporation**

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Attachment #1

Company: QUALITY FRESH FARMS INC　　Report: Payroll Summary　　Check Dates From: 1/5/2018 - Payroll 1　　To: 9/14/2018 - Payroll 1

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No |
|---|---|---|---|---|---|---|---|
| **Pay Frequency: Biweekly** | | | | | | | |
| 01/05/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 563.05 | 150 | 2,286.95 | DD |
| 01/19/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 563.05 | 150 | 2,286.95 | DD |
| 02/02/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 02/16/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 03/02/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 03/16/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 03/30/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 04/13/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 04/27/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 05/11/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 05/25/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 06/08/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 06/22/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 07/06/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | 5047 |
| 07/20/2018 | Billan, Gurdeep S | 80 | 3,000.00 | 512.2 | 150 | 2,337.80 | DD |
| 08/03/2018 | Billan, Gurdeep S | 80 | 5,769.24 | 1,438.64 | 288.46 | 4,042.14 | 5704 |
| 08/17/2018 | Billan, Gurdeep S | 80 | 5,769.24 | 1,438.66 | 288.46 | 4,042.12 | 5726 |
| 08/31/2018 | Billan, Gurdeep S | 80 | 5,769.24 | 1,438.65 | 288.46 | 4,042.13 | DD |
| 09/14/2018 | Billan, Gurdeep S | 80 | 5,769.24 | 1,438.65 | 288.46 | 4,042.13 | 5755 |
| **Pay Frequency Totals: Biweekly** | | 1,520.00 | 68,076.96 | 13,539.30 | 3,403.84 | 51,133.82 | |
| **Total Net Pays for Biweekly frequency: 20** | | | | | | | |
| **Company Totals:** | | 1,520.00 | $68,076.96 | $13,539.30 | $3,403.84 | $51,133.82 | |
| **Total Net Pays for Company: 20** | | | | | | | |

Attachment #1(a)

**Quality Fresh Farms**
**Shareholder Distribution - Gurdeep Billan**
**Year - to Date 11/30/2018**
**Chase Acct # 812958507**

| Posting Date | Description | Distribution Amount | Type | Remarks |
|---|---|---|---|---|
| 1/2/2018 | WITHDRAWAL 01/02 | $ (700.00) | MISC_DEBIT | PERSONAL |
| 1/3/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| 2/2/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| 2/20/2018 | WITHDRAWAL 02/20 | $ (5,000.00) | MISC_DEBIT | PERSONAL |
| 3/2/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| 3/7/2018 | ATM WITHDRAWAL 009454 03/065126 N PA | $ (200.00) | ATM | PERSONAL |
| 3/13/2018 | WITHDRAWAL 03/13 | $ (1,500.00) | MISC_DEBIT | PERSONAL |
| 3/20/2018 | WITHDRAWAL 03/20 | $ (1,100.00) | MISC_DEBIT | PERSONAL |
| 3/21/2018 | ATM WITHDRAWAL 009855 03/211380 W SH | $ (300.00) | ATM | PERSONAL |
| 4/3/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| 4/23/2018 | NON-CHASE ATM WITHDRAW 871554 04/23247 E OLI | $ (303.25) | ATM | PERSONAL |
| 5/29/2018 | NON-CHASE ATM WITHDRAW 014172 05/2673 EAST H | $ (204.00) | ATM | PERSONAL |
| 7/12/2018 | NON-CHASE ATM WITHDRAW 125470 07/124149 N. C | $ (203.98) | ATM | PERSONAL |
| 7/16/2018 | NON-CHASE ATM WITHDRAW 215328 07/1527513 WAR | $ (122.99) | ATM | PERSONAL |
| 5/17/2018 | NON-CHASE ATM WITHDRAW 321527 05/162270 W SH | $ (303.00) | ATM | PERSONAL |
| 8/27/2018 | NON-CHASE ATM WITHDRAW 461961 08/27*KERMAN K | $ (503.00) | ATM | PERSONAL |
| 8/30/2018 | NON-CHASE ATM WITHDRAW 464792 08/29W. SHAW F | $ (803.00) | ATM | PERSONAL |
| 5/11/2018 | NON-CHASE ATM WITHDRAW 499048 05/11961 E HOM | $ (202.50) | ATM | PERSONAL |
| 2/20/2018 | NON-CHASE ATM WITHDRAW 555881 02/166639 N. P | $ (203.00) | ATM | PERSONAL |
| 5/1/2018 | WITHDRAWAL 05/01 | $ (1,000.00) | MISC_DEBIT | PERSONAL |
| 5/3/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| 5/9/2018 | WITHDRAWAL 05/09 | $ (2,000.00) | MISC_DEBIT | PERSONAL |
| 5/10/2018 | WITHDRAWAL 05/10 | $ (900.00) | MISC_DEBIT | PERSONAL |
| 5/14/2018 | WITHDRAWAL 05/14 | $ (300.00) | MISC_DEBIT | PERSONAL |
| 5/14/2018 | ATM WITHDRAWAL 008113 05/131380 W SH | $ (500.00) | ATM | PERSONAL |
| 5/17/2018 | BLUFF VIEW PRIVATE PR 559-431-5437 CA 05/16 | $ (444.00) | DEBIT_CARD | PERSONAL |
| 5/18/2018 | ATM WITHDRAWAL 009907 05/181380 W SH | $ (500.00) | ATM | PERSONAL |
| 5/21/2018 | WITHDRAWAL 05/21 | $ (1,000.00) | MISC_DEBIT | PERSONAL |
| 5/22/2018 | ATM WITHDRAWAL 003994 05/223751 W SH | $ (500.00) | ATM | PERSONAL |
| 6/4/2018 | ATM WITHDRAWAL 004612 06/021380 W SH | $ (500.00) | ATM | PERSONAL |
| 6/5/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| 6/8/2018 | WITHDRAWAL 06/08 | $ (700.00) | MISC_DEBIT | PERSONAL |
| 6/14/2018 | ATM WITHDRAWAL 008305 06/141380 W SH | $ (500.00) | ATM | PERSONAL |
| 6/18/2018 | ATM WITHDRAWAL 006429 06/161470 JAMB | $ (1,000.00) | ATM | PERSONAL |
| 6/25/2018 | ATM WITHDRAWAL 001388 06/231380 W SH | $ (500.00) | ATM | PERSONAL |
| 7/5/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| 7/27/2018 | NNT SPECTRUM SALON 780 FRESNO CA 802351 07/27 | $ (60.00) | DEBIT_CARD | PERSONAL |
| 8/3/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| 8/13/2018 | ATM WITHDRAWAL 003664 08/127892 N BL | $ (300.00) | ATM | PERSONAL |
| 9/5/2018 | FARM CREDIT WEST PAYMENT 1461700078348 CCD ID: 1941063958 | $ (1,419.52) | ACH_DEBIT | PERSONAL |
| | TOTAL | $ (35,128.40) | | |

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| Pay Frequency: | Biweekly | | | | | | | | |
| 09/14/2018 | Billan, Ranjodh | 80.00 | 1,923.08 | 366.65 | 0.00 | 1,556.43 | DD | 147.11 | 2,070.19 |
| 09/14/2018 | Billan, Ranjodh | 80.00 | 1,923.08 | 366.65 | 0.00 | 1,556.43 | 5756 | 147.11 | 2,070.19 |
| 09/14/2018 - Void | Billan, Ranjodh | (80.00) | (1,923.08) | (366.65) | 0.00 | (1,556.43) | 0 | (147.11) | (2,070.19) |
| 08/31/2018 | Billan, Ranjodh | 80.00 | 1,923.08 | 366.66 | 0.00 | 1,556.42 | DD | 147.11 | 2,070.19 |
| 08/17/2018 | Billan, Ranjodh | 80.00 | 1,923.08 | 366.65 | 0.00 | 1,556.43 | 5727 | 147.11 | 2,070.19 |
| 08/03/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | 5705 | 114.75 | 1,614.75 |
| 07/20/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 07/06/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | 5048 | 114.75 | 1,614.75 |
| 06/22/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 06/08/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 05/25/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 05/11/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 04/27/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 04/13/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 03/30/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 03/16/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 114.75 | 1,614.75 |
| 03/02/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 182.75 | 1,682.75 |
| 02/16/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 216.75 | 1,716.75 |
| 02/02/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 264.25 | 0.00 | 1,235.75 | DD | 216.75 | 1,716.75 |
| 01/19/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 291.44 | 0.00 | 1,208.56 | DD | 216.75 | 1,716.75 |
| 01/05/2018 | Billan, Ranjodh | 60.00 | 1,500.00 | 291.44 | 0.00 | 1,208.56 | DD | 216.75 | 1,716.75 |
| **Pay Frequency Totals: Biweekly** | | 1,200.00 | $29,769.24 | $5,382.34 | $0.00 | $24,386.90 | | $2,753.33 | $32,522.57 |
| **Total Net Pays for Biweekly frequency: 20** | | | | | | | | | |
| **Company Totals:** | | 1,200.00 | $29,769.24 | $5,382.34 | $0.00 | $24,386.90 | | $2,753.33 | $32,522.57 |
| **Total Net Pays for Company: 20** | | | | | | | | | |

| Quality Fresh Farms | | | | |
|---|---|---|---|---|
| Shareholder Distribution - Ranjodh Billan | | | | |
| Year - to Date 11/30/2018 | | | | |
| Chase Acct # 812958507 | | | | |
| | | | | |
| Posting Date | Description | Distribution Amount | Type | Remarks |
| 4/23/2018 | SQ *IS IT REAL INC. Fresno CA | $ (37.80) | DEBIT_CARD | PERSONAL |
| 5/24/2018 | REPUBLICSERVICES RSIBILLPAY 304679999991 | $ (600.00) | ACH_DEBIT | PERSONAL |
| 6/18/2018 | SP * MEENABAZAAR.US ARTESIA CA | $ (387.64) | DEBIT_CARD | PERSONAL |
| 6/18/2018 | SQ *NEHA FASHION & TAIL Artesia CA | $ (251.85) | DEBIT_CARD | PERSONAL |
| | TOTAL | $ (1,277.29) | | |

Company: QUALITY FRESH FARMS INC    Report: Payroll Summary    Check Dates From: 1/5/2018 - Payroll 1    To: 9/14/2018 - Payroll 1

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No |
|---|---|---|---|---|---|---|---|
| **Pay Frequency: Biweekly** | | | | | | | |
| 01/05/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 651.83 | 0 | 2,348.17 | DD |
| 01/19/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 651.83 | 0 | 2,348.17 | DD |
| 02/02/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 02/16/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 03/02/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 03/16/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 03/30/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 04/13/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 04/27/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 05/11/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 05/25/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 06/08/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 06/22/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 07/06/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | 5049 |
| 07/20/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | DD |
| 08/03/2018 | Cadrez, Glenn E | 80 | 3,000.00 | 588.06 | 0 | 2,411.94 | 5706 |
| 08/17/2018 | Cadrez, Glenn E | 80 | 5,769.23 | 1,611.48 | 0 | 4,157.75 | 5728 |
| 08/31/2018 | Cadrez, Glenn E | 80 | 5,769.23 | 1,611.49 | 0 | 4,157.74 | DD |
| 09/14/2018 | Cadrez, Glenn E | 80 | 5,769.23 | 1,611.50 | 0 | 4,157.73 | 5757 |
| **Pay Frequency Totals: Biweekly** | | 1,520.00 | 65,307.69 | 14,370.97 | 0.00 | 50,936.72 | |
| **Total Net Pays for Biweekly frequency: 20** | | | | | | | |
| **Company Totals:** | | 1,520.00 | $65,307.69 | $14,370.97 | $0.00 | $50,936.72 | |
| **Total Net Pays for Company: 20** | | | | | | | |

**Glenn Cadrez**
**Personal Expenses**
**Allocated to Shareholder's Distribution**
**Date: 02/05/2018 - 08/31/2018**

| Date | Expense Amount |
|------|---------------|
| 02/05/2018 | $ 114.15 |
| 02/06/2018 | $ 196.67 |
| 02/07/2018 | $ 142.23 |
| 02/08/2018 | $ 247.31 |
| 02/09/2018 | $ 810.63 |
| 02/10/2018 | $ 894.15 |
| 02/15/2018 | $ 430.45 |
| 02/16/2018 | $ 44.95 |
| 02/18/2018 | $ 127.60 |
| 02/19/2018 | $ 71.36 |
| 02/20/2018 | $ 43.97 |
| 02/21/2018 | $ 97.45 |
| 02/22/2018 | $ 219.12 |
| 02/23/2018 | $ 172.03 |
| 02/24/2018 | $ 64.14 |
| 02/26/2018 | $ 393.94 |
| 02/27/2018 | $ 106.33 |
| 02/28/2018 | $ 80.36 |
| 03/01/2018 | $ 110.40 |
| 03/02/2018 | $ 1,316.07 |
| 03/03/2018 | $ 447.31 |
| 03/06/2018 | $ 161.47 |
| 03/07/2018 | $ 94.70 |
| 03/08/2018 | $ 837.63 |
| 03/09/2018 | $ 171.80 |
| 03/11/2018 | $ 453.80 |
| 03/12/2018 | $ 59.43 |
| 03/13/2018 | $ 59.84 |
| 03/18/2018 | $ 166.87 |
| 03/19/2018 | $ 62.03 |
| 03/20/2018 | $ 48.13 |
| 03/21/2018 | $ 395.68 |
| 03/22/2018 | $ 17.31 |
| 03/25/2018 | $ 77.73 |
| 03/27/2018 | $ 62.35 |
| 03/28/2018 | $ 168.34 |
| 03/29/2018 | $ 225.17 |
| 05/19/2018 | $ 75.10 |
| 05/28/2018 | $ 35.14 |
| 05/31/2018 | $ 954.19 |
| 06/01/2018 | $ 170.50 |
| 06/02/2018 | $ 332.49 |
| 06/03/2018 | $ 214.95 |
| 06/04/2018 | $ 242.03 |
| 06/05/2018 | $ 19.31 |
| 06/06/2018 | $ 33.61 |
| 06/07/2018 | $ 354.99 |
| 06/08/2018 | $ 125.42 |
| 06/09/2018 | $ 182.70 |
| 06/10/2018 | $ 1,042.74 |
| 06/11/2018 | $ 59.86 |
| 06/12/2018 | $ 177.45 |
| 06/13/2018 | $ 210.25 |
| 06/14/2018 | $ 489.96 |
| 06/15/2018 | $ 112.31 |
| 06/16/2018 | $ 709.77 |
| 06/17/2018 | $ 823.70 |
| 06/18/2018 | $ 47.97 |
| 06/19/2018 | $ 232.50 |
| 06/20/2018 | $ 459.91 |
| 06/21/2018 | $ 472.49 |

**Glenn Cadrez**
**Personal Expenses**
**Allocated to Shareholder's Distribution**
**Date: 02/05/2018 - 08/31/2018**

| Date | Expense Amount |
|------|---------------|
| 06/22/2018 | $ 270.52 |
| 06/23/2018 | $ 107.82 |
| 06/24/2018 | $ 248.87 |
| 06/25/2018 | $ 876.15 |
| 06/26/2018 | $ 73.23 |
| 06/27/2018 | $ 26.65 |
| 06/28/2018 | $ 697.08 |
| 06/29/2018 | $ 47.40 |
| 06/30/2018 | $ 52.97 |
| 07/01/2018 | $ 117.88 |
| 07/02/2018 | $ 197.68 |
| 07/03/2018 | $ 191.25 |
| 07/04/2018 | $ 65.79 |
| 07/05/2018 | $ 183.73 |
| 07/06/2018 | $ 1,461.27 |
| 07/07/2018 | $ 122.12 |
| 07/08/2018 | $ 185.91 |
| 07/09/2018 | $ 4.75 |
| 07/20/2018 | $ 47.15 |
| 07/22/2018 | $ 13.00 |
| 07/23/2018 | $ 65.73 |
| 07/24/2018 | $ 16.60 |
| 07/25/2018 | $ 167.47 |
| 07/26/2018 | $ 29.15 |
| 07/27/2018 | $ 67.99 |
| 07/28/2018 | $ 602.15 |
| 07/29/2018 | $ 77.76 |
| 07/30/2018 | $ 39.08 |
| 07/31/2018 | $ 135.40 |
| 08/01/2018 | $ 184.26 |
| 08/02/2018 | $ 666.82 |
| 08/03/2018 | $ 179.11 |
| 08/04/2018 | $ 424.11 |
| 08/05/2018 | $ 2,408.03 |
| 08/06/2018 | $ 53.77 |
| 08/07/2018 | $ 218.45 |
| 08/08/2018 | $ 583.80 |
| 08/09/2018 | $ 607.48 |
| 08/10/2018 | $ 201.53 |
| 08/11/2018 | $ 316.70 |
| 08/12/2018 | $ 237.97 |
| 08/13/2018 | $ 95.00 |
| 08/14/2018 | $ 98.88 |
| 08/15/2018 | $ 164.54 |
| 08/16/2018 | $ 502.91 |
| 08/17/2018 | $ 50.36 |
| 08/18/2018 | $ 161.24 |
| 08/19/2018 | $ 102.29 |
| 08/20/2018 | $ 224.24 |
| 08/21/2018 | $ 126.73 |
| 08/22/2018 | $ 212.18 |
| 08/23/2018 | $ 207.90 |
| 08/24/2018 | $ 156.96 |
| 08/25/2018 | $ 274.59 |
| 08/26/2018 | $ 86.99 |
| 08/27/2018 | $ 48.62 |
| 08/28/2018 | $ 64.59 |
| 08/29/2018 | $ 146.31 |
| 08/30/2018 | $ 98.34 |
| 08/31/2018 | $ 190.02 |
| **Grand Total** | **$ 32,059.51** |

Debtor    **Quality Fresh Farms, Inc.**                                    Case number *(if known)* _____

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      01-03-2019

_____          **Gurdeep S. Billan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of California

In re　**Quality Fresh Farms, Inc.**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　Debtor(s)　　　Chapter　**7**　_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for　**Quality Fresh Farms, Inc.**　in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____　　Jan 4, 2019　　　　_____

Date

**Riley C. Walter 91839**
Signature of Attorney or Litigant
Counsel for　**Quality Fresh Farms, Inc.**
**Walter Wilhem Law Group**
**A Professional Corporation**
**205 E. River Park Circle, Ste. 410**
**Fresno, CA 93720-1563**
**(559) 435-9800 Fax:(559) 435-9868**
**rileywalter@w2lg.com**

# United States Bankruptcy Court
## Eastern District of California
### Fresno Division

In re: Quality Fresh Farms, Inc.                                      Case No.
        Chapter 7

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2. The source of the compensation paid to me was:
   [ X ] Debtor        [   ] Other

3. The source of compensation to be paid to me is:
   [ X ] Debtor        [   ] Other

4. I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of the petition, schedules and statement of affairs;
   c. Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
   d. Services per engagement letter.

6. I have agreed that a reasonable fee for my services will not be less than the amount of time spent by my law firm, multiplied by the standard hourly rates in effect when the services are rendered.

7. As of the Petition Date, the Firm's standard hourly rates are $215.00 to $505.00 per hour for attorneys and $85.00 to $150.00 per hour for paraprofessionals.

8. The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 09/26/18 | $15,000.00 | | |
| 09/30/18 | | $3,315.00 | $39.25 |
| 10/31/18 | | $3,885.50 | $369.00 |
| 11/30/18 | | $2,571.00 | $108.50 |
| 12/28/18 | $1,700.00 | | |
| 12/28/18 | | $5,749.00 | $662.75 |

# United States Bankruptcy Court
Eastern District of California
Fresno Division

In re: Quality Fresh Farms, Inc.                                    Case No.
        Chapter 7

## Disclosure of Compensation of Attorney for Debtor

9.  The above fees were related to services rendered as follows:

        Bankruptcy Related                              65%
        Non-Bankruptcy Related                          35%

10. The retainer on hand as of Petition Date was:  $0.00

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:  *Jan. 4, 2019*

Riley C. Walter, Attorney for Debtor

00203563-MKR-01.02.2019